MARY LOMAS, Respondent, *v.* NEW YORK CITY RAILWAY COMPANY, Appellant.

*Lomas* v. *New York City Ry. Co.*, 111 App. Div. 332, affirmed.
(Argued April 30, 1907; decided May 21, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 2, 1906, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Charles F. Brown, Bayard H. Ames, Anthony J. Ernest* and *James L. Quackenbush* for appellant.

*Herbert R. Limburg* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.
Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Dissenting: GRAY and O'BRIEN, JJ.